A. CISNEROS, Subchapter V Trustee
3403 10th Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Email: arturo@mclaw.org

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EPIFANIA VIOLA NICOLAS.<br><br><br><br><br><br>Debtor. | Bankruptcy Case Number: 6:20-BK-14304-SY<br><br>Chapter 11, Subchapter V<br><br>**SUBCHAPTER V TRUSTEE'S SECOND POSTCONFIRMATION QUARTERLY REPORT**<br><br>[Plan Confirmed: April 29, 2021] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, DEBTOR'S COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

  A. Cisneros, Subchapter V Trustee in the above-captioned chapter 11 case ("Trustee"), respectfully submits the following Post-Confirmation Quarterly Report ("Quarterly Report") pursuant to Local Bankruptcy Rules ("LBR") 3020-1(b) and (c) and 3020-2(c)(2). Debtor, Epifania Viola Nicolas's Subchapter V Plan of Reorganization ("Plan") was confirmed on April 29, 2021. Pursuant to the Section III(F) of the Plan, Trustee is the disbursing agent. The First Quarterly Report was filed on August 30, 2021.

Post-Confirmation Quarterly Report      1

1. **Progress Made Toward Substantial Consummation of the Confirmed Plan [LBR 3020-1(b)(1)].**

Pursuant to 11 U.S.C. § 1101(2), a plan has been substantially consummated once all of the following have occurred: (A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan.

The Plan does not propose the transfer of any property. Pursuant to the Plan, Debtor will continue operations as a dentist and continue operating the Residential Care facilities located at 10159 Hillhaven Avenue, Los Angeles, California. Debtor also intends to develop her real property located at 401 S. 3rd Street, Blythe, California. Finally, Debtor has commenced payments and Trustee has commenced distributions under the Plan. Therefore, substantial consummation of the Plan has occurred.

2. **Schedule of Claims [LBR 3020-1(b)(2)].**

A true and correct copy of a schedule of all payments made by Debtor to Trustee is attached hereto as Exhibit "1." A true and correct copy of a schedule of claims and distributions paid pursuant to the confirmed Plan is attached hereto as Exhibit "2." To date, Debtor is current on all payments required by the Plan.

3. **Post-confirmation Tax Liabilities [LBR 3020-1(b)(3)].**

There are currently no post-confirmation tax liabilities.

4. **Projection as to Debtor's Ability to Comply with the Confirmed Plan [LBR 3020-1(b)(4)].**

To date, Debtor has made all payments required by the Confirmed Plan and Trustee does not anticipate any issues with Debtor's compliance with the terms of the Plan.

5. **Estimated Date for Plan Consummation and Application for Final Decree [LBR 3020-1(b)(5)].**

Pursuant to the Plan, Debtor will make payments over a period of 60 months. Therefore, Trustee estimates that Plan consummation will occur in early April, 2026 and that a final decree will be filed within 45 days of April 1, 2026.

6. **Additional Pertinent Information [LBR 3020-1(b)(6)].**

Based on Debtor's compliance with the Plan, Trustee has no additional pertinent information to add to the instant Quarterly Report.

DATED: April 11, 2022

By: _____
A. CISNEROS
*Subchapter V Trustee*

# EXHIBIT "1"

**A. Cisneros, Disbursing Agent**
**In re Epifania Viola Nicolas_6:20-14304-SY**

| Date of Payments | Amount of Plan Payments | | |
|---|---|---|---|
| 5/4/2021 | $30,000.00 | | |
| 5/20/2021 | $38,758.12 | (DIP turnover) | |
| 6/9/2021 | $29,093.81 | | |
| 7/8/2021 | $30,000.00 | | |
| 8/5/2021 | $30,000.00 | | |
| 9/9/2021 | $29,100.00 | | |
| 10/7/2021 | $29,100.00 | | |
| 11/5/2021 | $29,100.00 | | |
| 12/13/2021 | $29,100.00 | | |
| | **$274,251.93** | | |
| Checks Issued | -261,844.20 | | |
| | -5,988.50 | (Expert fee to Thomas Tarter) | |
| | $6,419.23 | Balance on Hand | |
| | | at End of 2nd Quarter | |
| | | | |
| | | | |

# EXHIBIT "2"

A. Disbursing Agent
In re Epifania Viola Nicolas_6:20-14304-SY

| | Creditor/Claimant | Allowed Claim Amt. | 1st Dist. (5/6/21) | 2nd Dist. (6/2/21) | 3rd Dist. (6/17/21) |
|---|---|---|---|---|---|
| 1 | Union Home Loan Inc. | $1,645,716.00 | $8,571.44 | $8,571.44 | $8,571.44 |
| 2 | Internal Revenue Service | $535,906.00 | $11,093.91 | $11,093.91 | $11,093.91 |
| 3 | Franchise Tax Board | $51,831.13 | $991.75 | $991.75 | $991.75 |
| 4 | Riverside County Tax Collector | $86,376.74 | $1,375.72 | $1,375.72 | $1,375.72 |
| 5 | Financial Pacific Leasing, Inc. | $44,077.37 | $73.46 | $73.46 | $73.46 |
| 6 | Iverson Dental Laboaratory, Inc. | $23,012.27 | $38.35 | $38.35 | $38.35 |
| 7 | SCCKG Holdings, LLC | $150,000.00 | $250.00 | $250.00 | $250.00 |
| 8 | Stearns Bank National Association | $19,702.44 | $32.84 | $32.84 | $32.84 |
| 9 | Oxford Partners Capital, LLC | $800,000.00 | $1,333.33 | $1,333.33 | $1,333.33 |
| 10 | Changlin Wang | $300,000.00 | $500.00 | $500.00 | $500.00 |
| 11 | Kenneth J. Catanzarite | $229,725.00 | $0.00 | $0.00 | $0.00 |
| 12 | Arturo Cisneros | $35,765.00 | $0.00 | $0.00 | $0.00 |

| 4th Dist. (7/12/21) | 5th Dist. (8/10/21) | 6th Dist. (9/13/21) | 7th Dist. (10/11/21) | 8th Dist. (11/8/21) | 9th Dist. (12/14/21) |
|---|---|---|---|---|---|
| $8,571.44 | $8,571.44 | $8,571.44 | $8,571.44 | $8,571.44 | $8,571.44 |
| $11,093.91 | $11,093.91 | $11,093.91 | $11,093.91 | $11,093.91 | $11,093.91 |
| $991.75 | $991.75 | $991.75 | $991.75 | $991.75 | $991.75 |
| $1,375.72 | $1,375.72 | $1,375.72 | $1,375.72 | $1,375.72 | $1,375.72 |
| $73.46 | $73.46 | $73.46 | $73.46 | $73.46 | $73.46 |
| $38.35 | $38.35 | $38.35 | $38.35 | $38.35 | $38.35 |
| $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| $32.84 | $32.84 | $32.84 | $32.84 | $32.84 | $32.84 |
| $1,333.33 | $1,333.33 | $1,333.33 | $1,333.33 | $1,333.33 | $1,333.33 |
| $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| $0.00 | $14,165.00 | $2,833.00 | $2,833.00 | $2,833.00 | $2,833.00 |
| $8,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |

| Total Disbursed To Date |
|---|
| $77,142.96 |
| $99,845.19 |
| $8,925.75 |
| $12,381.48 |
| $661.14 |
| $345.15 |
| $2,250.00 |
| $295.56 |
| $11,999.97 |
| $4,500.00 |
| $25,497.00 |
| $18,000.00 |
| **$261,844.20** |
| |
| |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **_Subchapter V Trustee's Second Postconfirmation Quarterly Report_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_4/12/2022_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **_4/12/2022_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**: The Honorable Scott H. Yun, United States Bankruptcy Court, 3420 Twelfth Street, Suite 345, Riverside, CA 92501
**Debtor**: Epifania Viola Nicolas, 27860 Aleutia Way, Yorba Linda, CA 92887

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/12/2022 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST (CONTINUED FROM PREVIOUS PAGE)
### Re: *Subchapter V Trustee's Second Postconfirmation Quarterly Report*

**Service Via Notice of Electronic Filing**
**Debtor's Counsel:** Eric V Anderton    eanderton@catanzarite.com, bphillips@catanzarite.com
**Interested Party:** Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
**Interested Party:** Beverly M Browning    Beverly.Browning@bofa.com
**Interested Party:** Joseph E. Caceres    jec@locs.com, generalbox@locs.com
**Debtor's Counsel:** Keneth J Catanzarite    kcatanzarite@catanzarite.com
**Subchapter V Trustee:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**Subchapter V Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**Interested Party:** Richard L Coberly    richardcoberly@yahoo.com
**Interested Party:** Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
**AUST:** Abram Feuerstein    abram.s.feuerstein@usdoj.gov
**Interested Party:** Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
**Interested Party:** Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com; jzavala@gonzalezplc.com; zig@gonzalezplc.com
**OUST Counsel:** Everett L Green    everett.l.green@usdoj.gov
**Interested Party:** Natalie E Lea    Natalie.Lea@Bonialpc.com
**Interested Party:** Anthony J Napolitano    anapolitano@buchalter.com, docket@buchalter.com; marias@buchalter.com
**Interested Party:** Raymond Obiamalu    robiamalu@obiamalulaw.com, obiamalurr69435@notify.bestcase.com
**Interested Party:** Ronak N Patel    rpatel@rivco.org, dresparza@rivco.org; mdominguez@rivco.org
**OUST Counsel:** Cameron C Ridley    Cameron.Ridley@usdoj.gov
**Interested Party:** Charles Shamash    cs@locs.com, generalbox@locs.com
**Interested Party:** Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
**Interested Party:** Jeffrey B Smith    jsmith@cgsattys.com, vphillips@cgsattys.com
**Interested Party:** Rachel P Stoian    stoian.rachel@dorsey.com, stell.laura@dorsey.com
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**Service Via U.S. Mail:**

**20 Largest Unsecured Creditors:**

Oxford Partners Capital LLC
PO Box 79123
Los Angeles, CA 90079-0123

Changlin Wang
563 Francesca Lane
Glendora, CA 91741-1930

Zions Bank Practice Pathways
310 S Main Street 9th Floor
Salt Lake City, UT 84101-2125

SCCKG Holdings, LLC
c/o Douglas M. Campbell, Esq.
3161 Michelson Drive
Suite 925
Irvine, CA 92612-4476

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

VIP Trust Deed Company
3450 N Verdugo Road
Glendale, CA 91208-1547

Medicare Part B
Noridian Medicare JE Part B Refunds
PO Box 511381
Los Angeles, CA 90051-7936

Financial Pacific Leasing
3455 S 344th Way Suite 300
Federal Way, WA 98001-9546

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

(p)PAWNEE LEASING CORPORATION ATTN SANDI CAR
3801 AUTOMATION WAY STE 207
FORT COLLINS CO 80525-5735

Iverson Dental Labs
14437 Meridian Pkwy
Riverside, CA 92518-3007

Stearns Bank, NA
PO Box 750
Albany, MN 56307-0750

Riverside County Tax Collector
4080 Lemon St 4th Fl
Riverside CA 92501-3609

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Frank Monaco Bazzo
G36808 D3-25-3-low
V.S.P. Box 92
Chowchilla, CA 93610-0092