**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

Thursday, June 30, 2022                                              Hearing Room    302

1:30 PM
6:20-14304    **Epifania Viola Nicolas**                          **Chapter 11**

Telephonic Hearing

#3.00    Debtor's Motion to Approve Settlement and Compromise
By and Between Epifania Viola Nicolas and Edward G
Wong Pursuant to FRBP 9019

**Kenneth J Catanzarite to appear by telephone (714)520-5544** — *debtor*
**Arturo M Cisneros to appear by telephone (949)252-9400** — *Sub V trustee*

Docket    392

Matter Notes:

GRANTED: _____          DENIED: _____

CONT'D. TO:    *7-28-22 @1:30 pm*

Briefing filed:    _____

Opposition filed:    _____

Reply filed:    _____

WITHDRAWN:    _____

Order Lodged by: _____

Tentative Ruling:

CONTINUE the hearing for the debtor to properly serve all creditors and
sign her declaration and the settlement agreement without using
Docusign.

The following creditors were served at the incorrect address: Internal
Revenue Service, California Frnachise Tax Board, and Quincy Dawkins.

### United States Bankruptcy Court
### Central District of California
#### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

Thursday, June 30, 2022                                    Hearing Room    302

1:30 PM
CONT...    **Epifania Viola Nicolas**                                    Chapter 11

The following creditors were not served: Union Home Loan, Inc., David
Wallis, Stearns Bank National Association, U.S. Department of Health &
Human Services, and Estrella A. Baylon.

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
| --- |

**Debtor(s):**

Epifania Viola Nicolas                    Represented By
                                          Eric V Anderton
                                          Keneth J Catanzarite

**Movant(s):**

Epifania Viola Nicolas                    Represented By
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton
                                          Eric V Anderton