# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, June 30, 2022**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room  302**

<u>1:30 PM</u>
**6:20-14304**　　Epifania Viola Nicolas　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

　　　　　　　　　　　　　　　　Telephonic Hearing

　　#4.00　　CONT'D Post-Confirmation Status Conference

　　　　　　FR. 9/23/21

　　　　　　Kenneth J Catanzarite to appear by telephone (714)520-5544 — *debtor*
　　　　　　Arturo M Cisneros to appear by telephone (949)252-9400 — *sub V trustee*

　　　　　　　　　　　　　　Docket　　　1

**Matter Notes:**

　　Status Conference date continued to: __1-26-23 @ 1:30pm__

　　　　　Status Report due: __1-12-23__

　　Status Report due: _____

　　Set Claims bar date notice deadline: _____

　　Set Claims bar date: _____

　　Set deadline to Objection to Claims: _____

　　Last day to file Plan and Disclosure Statement: _____

　　　Joint Plan permitted: _____

　　Date Disclosure Statement can be heard, if timely filed: _____

　　　Disclosure Statement to be filed (42 days): _____

　　　Disclosure Statement Dont Objections filed (14 days): _____

　　　Disclosure Statement Approved _____

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, June 30, 2022**                  **Hearing Room**    **302**

<u>1:30 PM</u>
**CONT...**     **Epifania Viola Nicolas**                                          **Chapter 11**

**Plan Confirmation Hearing:** _____

     **Brief in Support filed:** _____

     **Objection filed:** _____

     **Reply filed:** _____

     **Ballot Summary filed:** _____

**Plan Confirmed** _____

**Case Dismissed** _____ **180 day bar** _____ **without 180 day bar**

**Case Converted to Chapter 7:** _____

**Chapter 11 Trustee Appointed:** _____

**Hearing continued to:** _____

     **Brief filed:** _____

     **Opposition filed:** _____

     **Reply filed:** _____

**Tentative Ruling:**

     APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**