Kenneth J. Catanzarite (SBN 113750)
Email: kcatanzarite@catanzarite.com
Eric V. Anderton (SBN 275938)
Email: eanderton@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Telephone: (714) 520-5544
Facsimile: (714) 520-0680

Attorneys for Epifania Viola Nicolas

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re : | Case No. 6:20-bk-14304-SY |
| Epifania Viola Nicolas | Chapter 11 |
| Debtor. | Assigned to:<br>Honorable Scott H. Yun |
| | **NOTICE OF CONTINUED STATUS HEARING** |
| | <u>Hearing Information:</u><br>Date:    January 26, 2023<br>Time:    1:30 p.m.<br>Crtrm:   302<br>            United States Bankruptcy Court,<br>            3420 Twelfth Street<br>            Riverside, CA 92501. |

//
//

1
**Notice of Continued Hearing**

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY TRUSTEE, CREDITORS AND ALL PARTIES-IN-INTEREST**:

PLEASE TAKE NOTICE that the Court has continued the status hearing on Debtor's Confirmed Amended Chapter 11 Plan to January 26, 2023 at 1:30 PM in the above mentioned matter. A status report is due by January 12, 2023.

DATED: July 6, 2022.

CATANZARITE LAW CORPORATION

By: _____

Kenneth J. Catanzarite
Eric V. Anderton
Attorneys for Debtor Epifania Viola Nicolas

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

1
**Notice of Continued Hearing**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2331 West Lincoln Avenue, Anaheim, CA 92801

A true and correct copy of the foregoing documents entitled **NOTICE OF CONTINUED STATUS HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/6/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   **Attorney for Creditor Val-Chris Investments, Inc.:**
   **Julian K Bach**    Julian@Jbachlaw.com, julianbach@sbcglobal.net

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 7/6/2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Frank Monaco Bazzo
CDCR Number G36808
VSP Box 92
Chowchilla, CA 93610

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 7/6/2022 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819
(Via overnight Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2022 | Han B. Le | /s/ |
|---|---|---|
| Date | Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

**1 (Cont). TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** :

**Attorney for Creditor Paul J. and Desiree L. Rabinov 1996 Living Trust, dated December 20, 1996, assignee of V.I.P. Trust Deed Company:**
**Rosendo Gonzalez**     rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com; jzavala@gonzalezplc.com; zig@gonzalezplc.com

**Attorney for Interested Party Oxford Partners Capital, LLC:**
**Anthony J Napolitano**     anapolitano@buchalter.com, FS_filing@buchalter.com; salarcon@buchalter.com
**Charles Shamash**    cs@locs.com, generalbox@locs.com
Joseph E. Caceres     jec@locs.com, generalbox@locs.com

**Attorney for Creditor Union Home Loan, Inc.:**
**Jeffrey B Smith**     jsmith@cgsattys.com, vphillips@cgsattys.com

**Attorney for Creditor Wells Fargo Bank, N.A.:**
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**Sub Chapter V US Trustee:**
**Arturo Cisneros (TR)**     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

**Attorney for Creditor Zions Bancorporation, N.A. dba Zions First National Bank fka ZB, N.A.:**
**Rachel P Stoian**     stoian.rachel@dorsey.com, stell.laura@dorsey.com

**Attorney for the IRS:**
**Najah J Shariff**     najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

**US Trustee:**
**Cameron C Ridley**     Cameron.Ridley@usdoj.gov
**United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov
**Everett L Green**     everett.l.green@usdoj.gov
**Abram Feuerstein**     abram.s.feuerstein@usdoj.gov

**Counsel for Bank of America**
**Beverly M Browning**     Beverly.Browning@bofa.com

**Counsel for Estrella Baylon and The Estrella Baylon Family Trust Dated April 23, 1999**
**Raymond Obiamalu**     robiamalu@obiamalulaw.com, obiamalurr69435@notify.bestcase.com

**Counsel for County of Riverside Treasurer-Tax Collector**
Ronak N Patel     rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org

**Counsel for Changlin Wang**
Richard L Coberly     richardcoberly@yahoo.com

///

///

///

///

///

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2 (Cont.). SERVED BY UNITED STATES MAIL:**

**CREDITORS:**

Medicare Part B
Noridian Medicare JE Part B Refunds
PO Box 511381
 Los Angeles, CA 90051-7936

Stearns Bank, NA
PO Box 750
Albany, MN 56307-0750

Pawnee Leasing Corporation
3801 Automation Way Suite 207
 Fort Collins, CO 80525

Financial Pacific Leasing
3455 S 344th Way Suite 300
Federal Way, WA 98001-9546

Zions Bank Practice Pathways
310 S Main Street 9th Floor
Salt Lake City, UT 84101

FCI Lender Services
8180 East Kaiser Boulevard
Anaheim Hills, CA 92808

Changlin Wang
563 Francesca Lane
Glendora, CA 91741

Oxford Partners Capital LLC
PO Box 79123
Los Angeles, CA 90079

VIP Trust Deed Company
3450 N Verdugo Road
Glendale, CA 91208

SCCKG Holdings, LLC
c/o Douglas M. Campbell, Esq.
4 Park Plaza Suite 1050
Irvine, CA 92614

US Bank
PO Box 5229
Cincinnati OH 45201

Iverson Dental Labs
14437 Meridian Pkwy
Riverside, CA 92508

Iverson Dental Labs
c/o Douglas C. Heumann
3132 Tiger Run Ct. Ste 106
Carlsbad CA 92010

Charles Schwab & Co Customer
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Douglas A. Poole and Lora L. Poole
c/o FCI Lender Services
8180 East Kaiser Blvd.
Anaheim Hills, CA 92808

Joel S Levine
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Mark Grumet and Pearl Grumet
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Tom Martin and Maureen Martin
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

168 Properties BA, LLC
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Malkim Capital LLC
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

Union Home Loan Profit Sharing Plan
c/o FCI Lender Services
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

James Ray Scott
c/o FCI Lender Services
8180 East Kaiser Blvd.
Anaheim Hills, CA 92808

Wells Fargo & Company
P.O. Box 1033
Des Moines, IA 50306-0335

Val-Chris Investments, Inc
2601 Main St #400,
Irvine, CA 92614

Los Angeles County
Treasurer and Tax Collector
225 N Hill St #1
Los Angeles, CA 90012

Riverside County Treasurer
Attn: Treasurer-Tax Collector
P.O. Box 12005
Riverside, CA 92502-2205

Riverside County Treasurer
Attn: Treasurer-Tax Collector
Adelina Abril
Adrian Potenciano
4080 Lemon St. 4th Floor
Riverside, CA 92501

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

EDD
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Paul J. and Desiree L. Rabinov
4868 SUNSET AVE
LA CRESCENTA, CA 91214-3051

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-8650

Bank of America
PO Box 31785
Tampa, FL 3363

Law Office of Richard Coberly
969 S Village Oaks Dr, Ste 105
Covina, CA 91724-0606

Lucy Gao
136 N GRAND AVE APT 187
WEST COVINA, CA 91791-1728

QUINCY DAWKINS
2421 W. Hobsonway #22
BLYTHE, CA 92225-1568

David Wallis
1601 W MacArthur Blvd 25N
Santa Ana, CA 92704

California Franchise Tax Board
Franchise Tax Board
PO Box 2952
Sacramento CA 94257- 0500

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Estrella A. Baylon
10770 Quail Canyon Rd., Apt. R
El Cajon, CA 92021-2250

The Baylon Family Trust Dated April 23, 1999 c/o
Estrella A. Baylon, Trustee
10770 Quail Canyon Rd., Apt. R
El Cajon, CA 92021-2250

The Baylon Family Trust Dated April 23, 1999 c/o
Estrella A. Baylon, Trustee
c/o Raymond Obiamalu PER POC 20
20955 Pathfinder Road, Suite 100
Diamond Bar CA 91765

U.S. Department of Health & Human Services
C/O Angela M. Belgrove PER POC 13
90- 7th Street, Suite 4-500
San Francisco CA 94103

Union Home Loan, Inc.
c/o FCI Lending, Inc. PER POC 19
PO Box 27370
Anaheim CA 92890-0112

Stearns Bank National Association
c/o Hannah C. Gilbert PER POC 14
4191 2nd Street South
St. Cloud, MN 56301

**PER REQUEST FOR SPECIAL NOTICE:**

**Attorneys for Creditor Zions Bancorporation, N.A. dba Zions First National Bank fka ZB, N.A.**
Nathan S. Seim
Dorsey & Whitney LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
(Via US Mail)

Rachel P. Stoian
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301
(Via US Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**